**Fill in this information to identify the case:**

Debtor Name  IOI Payroll Services, Inc.

United States Bankruptcy Court for the:  Northern   District of  Indiana
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   IOI Payroll Services, Inc.

2. **All other names debtor used in the last 8 years**

   IOIPay

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   2 6 – 2 6 0 1 2 0 2

4. **Debtor's address**

   **Principal place of business**

   1710 Leer Drive
   Number          Street

   Elkhart          Indiana   46514
   City             State     ZIP Code

   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City          State    ZIP Code

5. **Debtor's website (URL)**  www.ioipay.com

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor  IOI Payroll Services, Inc.  
        Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5 4 1 2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY
  District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes. Debtor **See Attached Schedule 1**  Relationship Affiliate
  District Northern District of Indiana  When August 11, 2019
                                                                         MM / DD / YYYY
  Case number, if known _____

Debtor   IOI Payroll Services, Inc.
         Name                                                              Case number (*if known*)
         _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number       Street
_____
_____
City                                State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency  _____
       Contact name       _____
       Phone              _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                  ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99                 ☐ 5,001-10,000        ☐ 50,001-100,000
☒ 100-199               ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000                    ☒ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000              ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000             ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million           ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000                    ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000              ☒ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000             ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million           ☐ $100,000,001-$500 million    ☐ More than $50 billion

| Debtor | IOI Payroll Services, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | _____ |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 11, 2019
              MM / DD / YYYY

✗ */s/ Daniel Wikel*                             Daniel Wikel
Signature of authorized representative of debtor    Printed name

Chief Restructuring Officer
Title

**18. Signature of attorney**

✗ */s/ Andrew Kight*                    Date    August 11, 2019
Signature of attorney for debtor               MM / DD / YYYY

Andrew Kight
Printed name

Jacobson Hile Kight LLC
Firm name

108 E. 9th Street
Number    Street

Indianapolis                                   Indiana           46202
City                                           State             ZIP Code

317.608.1140                                   akight@jhklegal.com
Contact phone                                  Email address

20718-29                                       Indiana
Bar number                                     State

## SCHEDULE 1 TO PETITION

### Pending Bankruptcy Cases in the Northern District of Indiana
### Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Indiana (the "Court").  A motion has been filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the case number assigned to the chapter 11 case of Interlogic Outsourcing, Inc.

1. Interlogic Outsourcing, Inc.
2. TimePlus Systems, LLC
3. IOI West, Inc.
4. Lakeview Technology, Inc.
5. Lakeview Holdings, Inc.
6. ModEarn, Inc.

**WRITTEN CONSENT
OF THE SOLE DIRECTOR IN LIEU OF A MEETING
OF
IOI PAYROLL SERVICES, INC.**

August 8, 2019

The undersigned, being the independent and sole Director (the "Director") of IOI Payroll Services, Inc., an Indiana corporation (the "Company"), hereby waives the calling, notice, and holding of a special meeting and, in lieu thereof, acting pursuant to the authority of the bylaws of the Company and the Indiana Business Corporation Law and after full consideration, hereby consents to and adopts the following resolutions by giving his express written consent thereto.

**1.   APPROVAL OF CHAPTER 11 FILING**

**WHEREAS**, the Director has considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business;

**WHEREAS**, the Director has consulted with the management and the financial and legal advisors of the Company and fully considered each of the strategic alternatives available to the Company; and

**WHEREAS**, after careful consideration, the Director has determined that it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Indiana (the "Bankruptcy Court").

**NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and hereby is, authorized to file or cause to be filed the Chapter 11 Case under the provisions of the Bankruptcy Code in the Bankruptcy Court; and

**FURTHER RESOLVED**, that any officer or director of the Company (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and hereby are, authorized, empowered, and directed to execute and file on behalf of the Company all motions, papers, documents, or other filings, and to take any and all action that they deem necessary or proper to obtain such relief, including any action necessary to maintain the ordinary-course operation of the Company's business.

**2.   DIP FINANCING**

**NOW, THEREFORE, BE IT RESOLVED**, that each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered, to negotiate and enter into debtor-in-possession financing, including that certain Debtor in Possession Credit and Security Agreement, by and among the Company and certain of its affiliates, as debtors in possession, ModEarn, Inc., as

guarantor, and KeyBank National Association, as lender.

3.     **GENERAL**

**NOW, THEREFORE, BE IT RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon each Authorized Signatory, each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Signatory's (or their respective designees' or delegates') reasonable business judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

**FURTHER RESOLVED**, that the Director has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice;

**FURTHER RESOLVED**, that all actions taken by each of the Authorized Signatories (and their designees and delegates) to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed;

**FURTHER RESOLVED**, that each Authorized Signatory (and his designees and delegates) be, and hereby is, authorized and empowered to take all actions, or to not take any action in the name of the Company, with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Signatory shall deem necessary or desirable in such Authorized Signatory's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein; and

**FURTHER RESOLVED**, that this consent may be executed in as many electronic or original counterparts as may be required, and all counterparts shall collectively constitute one and the same consent.

\* \* \* \* \* \*

     **IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date first set forth above.

_____
Timothy Daileader

Being the sole director of:

IOI Payroll Services, Inc.

Written Consent of Director of IOI Payroll Services, Inc.

**Fill in this information to identify the case:**

Debtor name:  Interlogic Outsourcing, Inc., *et al.*
United States Bankruptcy Court for the:  Northern District of Indiana
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | E-GINEERING<br>ATTN: TROY KELLEY, DON TAGGART<br>8415 ALLISON POINTE BLVD<br>SUITE 200<br>INDIANAPOLIS, IN 46250 | E-GINEERING<br>ATTN: TROY KELLEY, DON TAGGART<br>PHONE: 317-348-1780<br>FAX: 317-348-1781<br>EMAIL:  accounting@e-gineering.com | Trade | N/A | | | $159,425.00 |
| 2 | FEDERAL EXPRESS<br>ATTN: FREDERICK W. SMITH<br>3610 HACKS CROSS ROAD A<br>MEMPHIS, TN 38125 | FEDERAL EXPRESS<br>ATTN: FREDERICK W. SMITH<br>PHONE: 1-800-463-3339<br>FAX:  877-229-4766<br>EMAIL: | Trade | N/A | | | $69,751.63 |
| 3 | AUNALYTICS, INC<br>ATTN: NITESH CHAWLA, GREG DAVIS, & DAVID CIESLAK<br>460 STULL ST.<br>SUITE 100<br>SOUTH BEND, IN 46601 | AUNALYTICS, INC<br>ATTN: NITESH CHAWLA, GREG DAVIS, & DAVID CIESLAK<br>PHONE: 855-799-3282<br>EMAIL: info@aunalytics.com | Trade | N/A | | | $42,277.00 |
| 4 | SWIPECLOCK.COM<br>ATTN: COLEMAN BARNEY<br>10813 S RIVER FRONT PKWY #525<br>SOUTH JORDAN, UT 84095 | SWIPECLOCK.COM<br>ATTN: COLEMAN BARNEY<br>PHONE: (801) 617-1234  Ext. 0170<br>FAX: 801-617-1235<br>EMAIL:  cswan@swipeclock.com | Trade | N/A | | | $26,470.85 |
| 5 | MCE INC<br>ATTN: MIKE PRESNAL<br>1925 GOODSON CT<br>SOUTH BEND, IN 46613 | MCE INC<br>ATTN: MIKE PRESNAL<br>PHONE: (574) 288-4656<br>FAX:  574-288-4810 | Trade | N/A | | | $26,260.86 |
| 6 | TRACE3<br>ATTN: Jay DeBois<br>5555 CORPORATE EXCHANGE CT<br>GRAND RAPIDS, MI 49512 | TRACE3<br>ATTN: Jay DeBois<br>PHONE: 616-281-5566<br>FAX: 616-281-5656 | Trade | N/A | | | $17,300.50 |
| 7 | BLACKBAUD, INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>65 FAIRCHILD STREET<br>CHARLESTON, SC 29492 | BLACKBAUD, INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: (800) 468-8996<br>FAX: 843-216-6100<br>EMAIL:  accounts.receivable@blackbaud.com; BlackbaudAccounts.Receivable@blackbaud.com | Trade | N/A | | | $13,500.00 |
| 8 | VONAGE BUSINESS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>23 MAIN STREET<br>HOLMDEL, NJ 07733 | VONAGE BUSINESS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: (888) 616-6414<br>EMAIL:  bsqbilling@vonage.com | Trade | N/A | | | $10,403.15 |

Case:20-00326-swd    Doc #:1    Filed: 08/11/2019    Page 10 of 14

Debtor Interlogic Outsourcing, Inc., et al.                                                                Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 9 | FIREVINE ADVERTISING & DESIGN<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>101 E. MISHAWAKA AVE.<br>MISHAWAKA, IN 46545 | FIREVINE ADVERTISING & DESIGN<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 269-663-5528<br>EMAIL: info@firevine.com | Trade | N/A | | | $10,000.00 |
| 10 | CDW COMPUTER CENTERS, INC<br>ATTN: THOMAS E. RICHARDS<br>200 NORTH MILWAUKEE AVENUE<br>VERNON HILLS, IL 60061 | CDW COMPUTER CENTERS, INC<br>ATTN: THOMAS E. RICHARDS<br>PHONE: (312) 705-6927<br>EMAIL: credit@cdw.com | Trade | N/A | | | $9,063.38 |
| 11 | THAT ESSENTIAL SPARK<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>15 ROBIN LANE<br>GREENLAND, NH 03840 | THAT ESSENTIAL SPARK<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 574-339-9027<br>EMAIL: debra@thatessentialspark.com | Trade | N/A | | | $8,900.00 |
| 12 | PROFORMA CORPORATE SOLUTIONS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>6800 WEST GATE BLVD, STE 132-474<br>AUSTIN, TX 78745 | PROFORMA CORPORATE SOLUTIONS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: (800) 817-6289<br>EMAIL: jon.nielson@proforma.com | Trade | N/A | | | $8,437.54 |
| 13 | MIDWEST AUTOMATED TIME SYSTEMS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>2324 WEST 63RD STREET<br>DAVENPORT, IA 52806 | MIDWEST AUTOMATED TIME SYSTEMS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: (563) 386-9393<br>FAX: (563) 386-9393 | Trade | N/A | | | $8,062.40 |
| 14 | AQUASCAPES OF MICHIANA<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>58416 COUNTY ROAD 7<br>ELKHART, IN 46517 | AQUASCAPES OF MICHIANA<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 630-659-2000<br>EMAIL: info@aquascapesofmichiana.com | Trade | N/A | | | $8,000.00 |
| 15 | AXIATP<br>ATTN: ROGER VEACH, JASON ROSS, JOSH ROSS<br>151 N. DELAWARE STREET<br>SUITE 1750<br>INDIANAPOLIS, IN 46204 | AXIATP<br>ATTN: ROGER VEACH, JASON ROSS, JOSH ROSS<br>PHONE: (866) 459-5360  Ext. 0355<br>EMAIL: support@axiatp.com | Trade | N/A | | | $7,467.79 |
| 16 | GET FIT GET HEALTHY<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>2606 PEDDLERS VILLAGE ROAD<br>SUITE 215<br>GOSHEN, IN 46526 | GET FIT GET HEALTHY<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 574-534-1135<br>EMAIL: tkenyon1@gfgh.me | Trade | N/A | | | $6,885.00 |
| 17 | BARNES & THORNBURG, LLP<br>ATTN: BRADFORD G. ADDISON<br>100 NORTH MICHIGANSOUTH<br>BEND, IN 46601-1632 | BARNES & THORNBURG, LLP<br>ATTN: BRADFORD G. ADDISON<br>PHONE: 574-233-1171<br>FAX: 574-237-1125<br>EMAIL: bradford.addison@btlaw.com | Professional | N/A | | | $5,928.50 |
| 18 | SHRM<br>ATTN: DAVID WINDLEY, CORETHA M. RUSHING, JOHNNY C. TAYLOR, JR.<br>1800 DUKE ST<br>ALEXANDRIA, VA 22314 | SHRM<br>ATTN: DAVID WINDLEY, CORETHA M. RUSHING, JOHNNY C. TAYLOR, JR.<br>PHONE: 1-800-283-7476<br>FAX:  703-535-6477<br>EMAIL: board@shrm.org; shrmceo@shrm.org | Trade | N/A | | | $5,300.00 |
| 19 | US SIGNAL<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>201 IONIA AVE SW<br>GRAND RAPIDS, MI 49503 | US SIGNAL<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 866-274-4625<br>FAX: 616-988-0414<br>EMAIL: info@ussignal.com | Trade | N/A | | | $4,563.22 |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 20 | FLEXENTIAL<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>8809 LENOX POINTE DRIVE<br>SUITE G<br>CHARLOTTE, NC 28273 | FLEXENTIAL<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 888-552-3539<br>EMAIL: partners@flexential.com | Trade | N/A | | | $4,300.00 |
| 21 | QUILL CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>100 SCHELTER RD<br>LINCOLNSHIRE, IL 60069 | QUILL CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 1-800-789-1331<br>FAX: 800-789-8955<br>EMAIL: arpayment@quill.com | Trade | N/A | | | $4,296.72 |
| 22 | LOGMEIN USA, INC.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>320 SUMMER STREET<br>BOSTON, MA 02210 | LOGMEIN USA, INC.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 1-781-897-0694<br>EMAIL: investorrelations@logmein.com | Trade | N/A | | | $3,204.27 |
| 23 | MOSER CONSULTING<br>ATTN: TYRON MOSER<br>6220 CASTLEWAY WEST DRIVE<br>INDIANAPOLIS, IN 46250 | MOSER CONSULTING<br>ATTN: TYRON MOSER<br>PHONE: 317-596-8022<br>EMAIL: finance@moserit.com | Trade | N/A | | | $2,700.00 |
| 24 | MAILFINANCE<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>478 WHEELERS FARMS ROAD<br>MILFORD, CT 06461 | MAILFINANCE<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 800-636-7678 | Trade | N/A | | | $1,963.89 |
| 25 | SHRED-IT USA<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>81 WALSH DRIVE<br>PARSIPPANY, NJ 07054 | SHRED-IT USA<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 888-750-6450<br>EMAIL: Shreditcare@Stericycle.com | Trade | N/A | | | $1,856.50 |
| 26 | CORPORATE GRAPHIC SOLUTIONS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>2929 MISHAWAKA AVE<br>SOUTH BEND, IN 46615 | CORPORATE GRAPHIC SOLUTIONS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: (574) 264-7738<br>FAX: 574-387-4491<br>EMAIL: info@c-g-s.com | Trade | N/A | | | $1,769.33 |
| 27 | SYNCSTREAM SOLUTIONS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>#1 GALLERIA BLVD<br>STE 1518<br>METAIRIE, LA 70001 | SYNCSTREAM SOLUTIONS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: (877) 291-9256<br>EMAIL: infoabout@sync-stream.com | Trade | N/A | | | $1,100.00 |
| 28 | AVIS RENT A CAR SYSTEM, INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>7876 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | AVIS RENT A CAR SYSTEM, INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 1-866-315-4690<br>EMAIL: custserv@avis.com | Trade | N/A | | | $1,079.00 |
| 29 | LCWR<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>C/O NIX CONFERENCE AND<br>MEETING MANAGEMENT<br>ST. LOUIS, MO 63143 | LCWR<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: 301-588-4955<br>FAX: 301-587-4575 | Trade | N/A | | | $1,040.18 |
| 30 | LASERSHIP, INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>1912 WOODFORD RD<br>VIENNA, VA 22182 | LASERSHIP, INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PHONE: (404) 876-8650 | Trade | N/A | | | $1,011.84 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| IOI PAYROLL SERVICES, INC., | Case No. 19-_____ (___) |
| Debtor. | (Joint Administration Requested) |

**LIST OF EQUITY SECURITY HOLDERS PURSUANT TO RULE 1007(a)(3)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, IOI Payroll Services, Inc. lists below its respective equity security holders as of the date hereof.

| Debtor | Equity Holder | Equity Holder Address | Approximate Percentage Equity Held |
|---|---|---|---|
| IOI Payroll Services, Inc. | Lakeview Holdings, Inc. | 1710 Leer Drive Elkhart, Indiana 46514 | 100% |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IOI PAYROLL SERVICES, INC., | ) | Case No. 19-_____ (___) |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 1007(a)(1)
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Lakeview Holdings, Inc. holds 100% of the debtor's equity interests.

| Fill in this information to identify the case and this filing: | | |
|---|---|---|
| Debtor Name | IOI Payroll Services, Inc. | |
| United States Bankruptcy Court for the: | Northern | District of Indiana (State) |
| Case number *(If known)*: | | |

**Modified Official Form 202**

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B:  Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D:  Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F:  Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G:  Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H:  Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Modified Official Form 204)
- ☒ Other document that requires a declaration: Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 11, 2019
               MM / DD / YYYY

X   */s/ Daniel Wikel*
    Signature of individual signing on behalf of debtor

    Daniel Wikel
    Printed name

    Chief Restructuring Officer
    Position or relationship to debtor